## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAVIER TUNON and ADAM KLINE,<br><br>      Plaintiffs,<br><br>    v.<br><br>THE GILLETTE COMPANY,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-11208 DPW<br>)<br>)<br>)<br>)<br>)<br>) |

### ASSENTED-TO MOTION TO EXTEND TIME TO MOVE, ANSWER,
### OR OTHERWISE RESPOND TO COMPLAINT

Pursuant to Fed.R.Civ.P. Rule 6(b)(1), Defendant, The Gillette Company ("Gillette"), hereby moves, with assent, that the time for Gillette to move, answer, or otherwise respond to the complaint be extended to and including, August 9, 2005.

WHEREFORE, the parties having agreed to the foregoing schedule, Gillette respectfully requests that this assented-to motion be granted.

Respectfully submitted,

THE GILLETTE COMPANY
By its attorneys,

/s/ Mark P. Szpak
Harvey J. Wolkoff (BBO #532880)
Mark P. Szpak (BBO #546261)
Emily C. Shanahan (BBO #643456)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

ASSENTED TO:

/s/ Thomas G. Shapiro (by MPS)
Thomas G. Shapiro (BBO #454680)
Theodore M. Hess Mahan (BBO #567109)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
(617) 439-3939

Date:  July 15, 2005