UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAVIER TUNON and ADAM KLINE,<br><br>        Plaintiffs,<br><br>  v.<br><br>THE GILLETTE COMPANY,<br><br>        Defendant. | Civil Action No. 05-11208 DPW |

## CORPORATE DISCLOSURE STATEMENT
## OF THE GILLETTE COMPANY

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant The Gillette Company hereby files its corporate disclosure statement. The Gillette Company ("Gillette") does not have any parent corporations. Berkshire Hathaway, Inc., a publicly traded corporation, may be deemed to own 10.2 percent of Gillette's common stock through several subsidiaries. There is no other publicly traded corporation that owns more than 10 percent of Gillette's stock.

                                            THE GILLETTE COMPANY

                                            /s/ Mark P. Szpak
                                            Harvey J. Wolkoff  (BBO #532880)
                                            Mark P. Szpak (BBO #546261)
                                            ROPES & GRAY LLP
                                            One International Place
                                            Boston, MA 02110-2624
                                            Telephone: (617) 951-7000
Dated: July 15, 2005                   Facsimile: (617) 951-7050