UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAVIER TUNON and ADAM KLINE,<br><br>        Plaintiff,<br><br>v.<br><br>THE GILLETTE COMPANY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-11208 DPW<br>)<br>)<br>)<br>)<br>) |

**ASSENTED-TO MOTION TO FURTHER EXTEND TIME TO MOVE, ANSWER,
OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Fed.R.Civ.P. Rule 6(b)(1), Defendant, The Gillette Company ("Gillette"), hereby moves, <u>with assent,</u> that the time for Gillette to move, answer, or otherwise respond to the complaint be further extended to and including September 8, 2005.

WHEREFORE, the parties having agreed to the foregoing schedule, Gillette respectfully requests that this assented-to motion be granted.

                                           Respectfully submitted,

                                           THE GILLETTE COMPANY
                                           By their attorneys,

                                         /s/ Mark P. Szpak
                                         Harvey J. Wolkoff (BBO #532880)
                                         Mark P. Szpak (BBO #546261)
                                         Ropes & Gray LLP
                                         One International Place
ASSENTED TO:                        Boston, Massachusetts 02110-2624
                                         (617) 951-7000

/s/ Thomas G. Shapiro (by MPS)
Thomas G. Shapiro (BBO #454680)
Theodore M. Hess Mahan (BBO #567109)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109                               Date: August 8, 2005
(617) 439-3939