AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

Javier Tuñón, et al., on Behalf of
Themselves and all Others Similarly Situated,

**SUMMONS IN A CIVIL CASE**

V.

The Gillette Company

CASE NUMBER:

**05 11208 DPW**

TO: (Name and address of Defendant)

The Gillette Company

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas G. Shapiro
Shapiro Haber & Urmy LLP
53 State Street
Boston, Massachusetts 02109

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*without waiver of any defenses*
Service is hereby accepted this _15th_ day of _July_, 2005

_[signature]_
Attorney for Defendant The Gillette Company

JUN - 9 2005

**SARAH A. THORNTON**

CLERK     _[signature]_     DATE

(By) DEPUTY CLERK