UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAVIER TUNON and ADAM KLINE,<br><br>        Plaintiffs,<br><br>v.<br><br>THE GILLETTE COMPANY,<br><br>        Defendant. | Civil Action No. 05-11208 DPW |

## AMENDED CORPORATE DISCLOSURE STATEMENT
## OF THE GILLETTE COMPANY

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant The Gillette Company ("Gillette") hereby files this amended corporate disclosure statement.

As of October 1, 2005, Gillette's parent corporation is The Procter & Gamble Company.

There is no other publicly traded corporation that owns 10 percent or more of Gillette's stock.

                THE GILLETTE COMPANY
                By its attorneys,

                /s/ Mark P. Szpak
                Harvey J. Wolkoff  (BBO #532880)
                Mark P. Szpak (BBO #546261)
                ROPES & GRAY LLP
                One International Place
                Boston, MA 02110-2624
                Telephone: (617) 951-7000
Dated:  October 6, 2005        Facsimile: (617) 951-7050