UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | CIVIL ACTION NO. 05-11177 |
| M3POWER RAZOR SYSTEM | ) | (Lead Case) |
| MARKETING & SALES PRACTICES | ) | |
| LITIGATION | ) | MDL Docket No. 1704 |
| | ) | |

**DEFENDANT THE GILLETTE COMPANY'S**
**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(D)**

Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and authorized representative of defendant The Gillette Company ("Gillette") certify that Gillette and its counsel have conferred:

    a.    with a view to establishing a budget for the full course – and various alternative courses – of the litigation; and

    b.    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                    THE GILLETTE COMPANY

By:    /s/ Deborah Marson
           Deborah Marson
           Deputy General Counsel
           The Gillette Company

           /s/ Harvey J. Wolkoff
           Harvey J. Wolkoff
           Mark P. Szpak
           Ropes & Gray LLP
           One International Place
           Boston, Massachusetts 02110
           (617) 951-7000

Dated: January 13, 2006