UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAVIER TUÑÓN and ADAM KLINE, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>THE GILLETTE COMPANY,<br><br>　　　　　　　Defendant. | C.A. No. 05-11208 (DPW) |

## **LOCAL RULE 16.1(D)(3) CERTIFICATION**

The plaintiff and his undersigned counsel hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

　　　　　　　　　　　　　　　　　**/s/ Adam Kline**
　　　　　　　　　　　　　　　　　Adam Kline, Plaintiff


　　　　　　　　　　　　　　　　　**/s/ Thomas G. Shapiro**
　　　　　　　　　　　　　　　　　Thomas G. Shapiro BBO #454680
　　　　　　　　　　　　　　　　　Theodore M. Hess-Mahan BBO #557109
　　　　　　　　　　　　　　　　　Shapiro Haber & Urmy LLP
　　　　　　　　　　　　　　　　　53 State Street
　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　(617) 439-3939

　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*