UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAVIER TUNON and ADAM KLINE, on behalf of themselves and all others similarly situated,<br><br>     Plaintiff,<br> v.<br><br>THE GILLETTE COMPANY, a Delaware corporation<br><br>     Defendant. | Civil Action No. 05-11208-PW |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter the appearance of Mark P. Szpak as attorney for Defendant, The Gillette Company, in the above captioned action.

              Respectfully submitted,

              */s/Mark P. Szpak*
              Mark P. Szpak  (BBO #546261)
              ROPES & GRAY LLP
              One International Place
              Boston, Massachusetts 02110
              T (617) 951-7522
              F (617) 951-7050

Dated:  January 20, 2006

9914556_1.DOC