UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAVIER TUNON and ADAM KLINE, on behalf of themselves and all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> THE GILLETTE COMPANY, a Delaware corporation <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-11208-DPW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter the appearance of Harvey J. Wolkoff as attorney for Defendant, The Gillette Company, in the above captioned action.

Respectfully submitted,

*/s/Harvey J. Wolkoff*
Harvey J. Wolkoff  (BBO #532880)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
T (617) 951-7522
F (617) 951-7050

Dated:  January 20, 2006

9914558_1.DOC