**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| JAVIER TUNON and ADAM KLINE, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-11208-DPW |
| v. | ) ) | |
| THE GILLETTE COMPANY | ) ) | |
| Defendant. | ) ) ) | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter the appearance of Emily C. Shanahan as attorney for Defendant, The

Gillette Company, in the above captioned action.

Respectfully submitted,

*/s/Emily C. Shanahan*
Emily C. Shanahan  (BBO #643456)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
T (617) 951-7522
F (617) 951-7050

Dated:  January 20, 2006

9914548_1